| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| |
| DENISE CARLON, ESQUIRE |
| KML LAW GROUP, P.C. |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| 215-627-1322 |
| dcarlon@kmllawgroup.com |
| Attorneys for Secured Creditor: |
| U.S. Bank National Association, as trustee, in trust |
| for registered holders of Chase Funding Mortgage |
| Loan Asset-Backed Certificates, Series 2003-5 |

**Order Filed on April 17, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.:  25-12318 SLM |
| Milton W Adekoya | |
| Debtor | Hearing Date: 5/14/2025 @ 8:30 a.m. |
| | Judge:  Stacey L. Meisel |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: April 17, 2025**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:           Milton W Adekoya
Case No.:        25-12318 SLM
Caption:         **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-5, holder of a mortgage on real property located at 2616 Hawthorne Ave, Union, NJ, 07083, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full when same is filed through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim and notice of payment change ; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-12318-SLM

Milton W Adekoya                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 1

Date Rcvd: Apr 17, 2025                  Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

**Recip ID              Recipient Name and Address**
db                  +  Milton W Adekoya, 2616 Hawthorne Avenue, Union, NJ 07083-4928

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

**Name                        Email Address**

Denise E. Carlon
                            on behalf of Creditor U.S. Bank National Association  as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond
                            on behalf of Debtor Milton W Adekoya herbertraymond@gmail.com
                            raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
                            magecf@magtrustee.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4